UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

|  |  |
|---|---|
| JOSE HERRERA-RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>D. OROZCO-SORIA, et al.,<br><br>Defendants. | Case No.  25-cv-01400-BLF   (RMI)<br><br>**ORDER ON SETTLEMENT CONFERENCE MOTIONS**<br><br>Re: Dkt. Nos. 56, 59, 60 |

Pending before the court are Plaintiff's motions related to the upcoming settlement conference. Plaintiff first requested that the court either appoint a non-CDCR affiliated translator for the settlement conference or allow a friend of his housed in the same facility to act as translator. (Dkt. 55.) He also requested that the court order Defendants to make video footage of the incident available at the settlement conference. (*Id.*) A few days later, a Motion from Plaintiff was docketed containing a letter written in Spanish and a signed declaration by the person housed in the same facility that Plaintiff had requested to have as translator. (Dkt. 56.) Around the same time, Plaintiff filed another Motion asking the court to order Defendants to produce the video footage at the settlement conference. (Dkt. 59.) Finally, Plaintiff filed a "Motion for Ruling on Settlement Conference Motions and for Equal and Unbiased Treatment," requesting that the court rule on the previously filed motions and expressing frustration that Defendants' request to continue the settlement conference had been granted more quickly. (Dkt. 60.)

This court does not have resources to appoint translators for settlement conferences. The pending Motion to Appoint Translator (Dkt. 56) is DENIED. The court will discuss the video footage and video sharing capabilities at the settlement conference; the pending Motion to order

Defendants to make the footage available (Dkt. 59) is DENIED. The Motion for Ruling on the Motions (Dkt. 60) is DENIED as moot. Plaintiff's concerns about settlement conference logistics and accommodations may be taken up at the settlement conference.

**IT IS SO ORDERED.**

Dated: July 6, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

2